UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re:<br><br>RONALD A REGGIO<br>CATHERINE H REGGIO<br><br>　　　　　　　　　　DEBTORS. | CASE NO: 1-16-45559-cec<br><br>NOTICE OF<br>APPEARANCE<br>IN BANKRUPTCY<br>ACTION |

---

　　　**PLEASE TAKE NOTICE,** that Secured Creditor Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5 , hereby appears in the above entitled action with respect to the property located at 2135 Coleman Street, Brooklyn, NY 11234, identified by loan no. ending in 7351, and that the undersigned have been retained as attorneys for said Secured Creditor in the within proceeding.

　　　Please send copies of all Notices and of all papers in the case to the undersigned. Further please add our firm to the mailing matrix.

DATED: December 21, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Aleksandra K. Fugate, Esq.
　　　　　　　　　　　　　　　　　　　WOODS, OVIATT, GILMAN LLP
　　　　　　　　　　　　　　　　　　　*Attorneys for Secured Creditor*
　　　　　　　　　　　　　　　　　　　700 Crossroads Building, Two State Street
　　　　　　　　　　　　　　　　　　　Rochester, New York 14614
　　　　　　　　　　　　　　　　　　　Telephone: 585-445-2763

TO:

Anthony M Vassallo
Law Office of Anthony M. Vassallo
305 Fifth Avenue Suite 1B
Brooklyn, NY 11215

Ronald A Reggio
2135 Coleman St
Brooklyn, NY 11234

Catherine H Reggio
2135 Coleman Street
Brooklyn, NY 11234

David J Doyaga
26 Court Street, Suite 1002
Brooklyn, NY 11242

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

{4708164: }