UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

    RONALD A REGGIO AND CATHERINE H REGGIO,

        Debtor.

Case No. 16-45559-cec
(Chapter 7)

---

### NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

Ford Motor Credit Company LLC as agent for CAB East, LLC , a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    January 18, 2017
                Latham, New York

                                            /s/ Martin A. Mooney, Esq.
                                          Martin A. Mooney, Esq.
                                          SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
                                          Attorneys for Ford Motor Credit Company LLC as agent for CAB East, LLC
                                          Office and P.O. Address
                                          950 New Loudon Road
                                          Latham, New York 12110
                                          Phone:  (518) 786-9069
                                          E-Mail: Mmooney@schillerknapp.com

TO:    Court Clerk
          Conrad B. Duberstein U.S. Courthouse
          271-C Cadman Plaza East, Suite 1595
          Brooklyn, New York 11201-1800

          Anthony M. Vassallo, Esq.
          305 Fifth Avenue
          Suite 1B
          Brooklyn, NY 11215

David J. Doyaga, Esq. (Trustee)
Doyaga & Schaefer
26 Court Street, Suite 1002
Brooklyn, New York  11242

United States Trustee (Eastern District of New York) (US Trustee)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014

17-00577

2