# EXHIBIT B

Case 1-16-45559-cec    Doc 15-5    Filed 01/20/17    Entered 01/20/17 16:06:42

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Ronald A Reggio
Catherine H Reggio

CASE NO.: 1-16-45559-cec

CHAPTER: 7

Debtors

## RELIEF FROM STAY – REAL ESTATE AND COOPERATIVE APARTMENTS

### BACKGROUND INFORMATION

1. ADDRESS OF REAL PROPERTY OR COOPERATIVE APARTMENT:

   2135 Coleman Street, Brooklyn, NY 11234- n/k/a 2135 Coleman Street, Brooklyn, NY 11234-5035

2. LENDER NAME: Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5

3. MORTGAGE DATE: February 11, 2005

4. POST-PETITION PAYMENT ADDRESS:

   Wells Fargo Bank, N.A.
   Attention: Bankruptcy Payment Processing, MAC X2302-04C
   1 Home Campus
   Des Moines, IA 50328

### DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION AS OF JANUARY 03, 2017: $457,426.39
   *(THIS MAY NOT BE RELIED UPON AS A "PAYOFF" QUOTATION)*

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT AS OF THE MOTION FILING DATE: $562,000.00

7. SOURCE OF ESTIMATED VALUE: Schedule A/B: Property

## STATUS OF DEBT AS OF THE PETITION DATE

8. DEBTOR(S)'S INDEBTEDNESS TO MOVANT AS OF THE PETITION DATE AS OF December 8, 2016:

  | | |
  |---|---|
  | A. TOTAL: | $455,189.93 |
  | B. PRINCIPAL: | $446,306.42 |
  | C. INTEREST | $6,606.35 |
  | D. ESCROW (TAXES AND INSURANCE: | $2,174.86 |
  | E. FORCED PLACED INSURANCEEXPENDED BY MOVANT | $0.00 |
  | F. PRE-PETITION ATTORNEYS FEES, CHARGED TO DEBTOR(S):$0.00 | |
  | G. PRE-PETITION LATE FEES CHARGED TO DEBTOR(S): | $136.63 |

9. CONTRACTUAL INTEREST RATE: 3.3750% DUE TO LOAN MODIFICATION DATED JUNE 10, 2015

   6.125% - 02/11/2005 – 06/30/2015

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S/DEBTORS' ACCOUNT AND NOT LISTED ABOVE: Suspense Balance = ($34.33)

## AMOUNT OF POST-PETITION DEFAULT AS OF THE MOTION FILING DATE

11. DATE RECEIPT OF LAST PAYMENT: August 3, 2016

12. NUMBER OF PAYMENTS DUE FROM PETITION DATE TO MOTION FILING DATE: 1

...

13. POST-PETITION PAYMENTS IN DEFAULT:

| Payment Due Date | Amount Due | Amount Received | Amount Applied To Principal | Amount Applied To Interest | Amount Applied To Escrow | Late Fee Charged (If Any) |
|---|---|---|---|---|---|---|
| *08/01/2016 | $2,483.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *09/01/2016 | $2,483.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *10/01/2016 | $2,483.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *11/01/2016 | $2,343.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *12/01/2016 | $2,343.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/01/2017 | $2,343.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTALS: | $14,480.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*As this is a Chapter 7, there are also 5 Pre-Petition mortgage payments now due as listed above.

14. OTHER POST-PETITION FEES CHARGED TO DEBTOR(S):

    A. Total: $0.00

    B. Attorneys' fees in connection with this motion: $0.00

    C. Filing fee in connection with this motion: $0.00

    D. Other post-petition attorneys' fees: $0.00

    E. Post-petition inspection fees: $0.00

    F. Post-petition appraisal/broker's price opinion fees: $0.00

    G. Forced placed insurance expended by Movant: $0.00

15. Amount held in suspense by Movant: $34.33

16. Other post-petition fees, charges or amounts charged to Debtor(s)'s account and not listed above: N/A

## REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1) Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party.
(Exhibit A.)

(2) Copies of documents establishing proof of standing to bring this Motion. (Exhibit A.)

(3) Copies of documents establishing that Movant's interest in the real property or cooperative apartment was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property or cooperative apartment is located in. (Exhibit N/A.)

## DECLARATION AS TO BUSINESS RECORDS

I, NICHOLAS J. RAPANOTTI, THE VICE PRESIDENT LOAN DOCUMENTATION OF WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-5, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-5, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS FORM AND ANY EXHIBITS ATTACHED HERETO (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS; THAT THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND THAT THE RECORDS WERE MADE IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER DECLARE THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE, ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

EXECUTED AT RALEIGH, NORTH CAROLINA ON THIS 19TH DAY OF JANUARY, 2017

*/s/ Nicholas J. Rapanotti*

NICHOLAS J. RAPANOTTI
VICE PRESIDENT LOAN DOCUMENTATION
WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-5, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-5
3476 STATEVIEW BLVD.,
MAC# 3347-014
FORT MILL, SC 29715

[THIS SPACE LEFT INTENTIONALLY BLANK.]

## DECLARATION

I, Nicholas J. Rapanotti, the ~~Vice President Loan Documentation~~ of WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-5, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-5, the Movant herein, declare pursuant to 28 U.S.C. Section 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge of the Movant's books and business records.

Executed at Raleigh, North Carolina on this 19th day of January, 2017

*[signature: Nicholas J. Rapanotti]*

Nicholas J. Rapanotti
Vice President Loan Documentation
WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-5, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-5
3476 Stateview Blvd.
MAC# 3347-014
Fort Mill, SC 29715