UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Ronald A Reggio
Catherine H Reggio

                Debtors

**NOTICE OF MOTION**

**CASE #: 1-16-45559-cec**
**CHAPTER 7**

      **PLEASE TAKE NOTICE** that upon the annexed Application of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5, a secured creditor of the Debtor, by the undersigned will move this Court at the United States Bankruptcy Court, Conrad B. Duberstein U.S. Courthouse, 271 Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800 on February 14, 2017 at 11:00 a.m., or as soon thereafter as Counsel may be heard, for an Order pursuant to Bankruptcy Code Section 362(d), granting U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5, as mortgagee of the Debtors' property located at 2135 Coleman Street, Brooklyn, NY 11234-n/k/a 2135 Coleman Street, Brooklyn, NY 11234-5035, relief from the automatic stay for the purpose of foreclosing its Mortgage, and for such other and further relief as the Court deems just and proper.

[This space left intentionally blank.]

PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(a), ANY ANSWERING PAPERS ARE TO BE SERVED SO AS TO BE RECEIVED BY THE SECURED CREDITOR'S COUNSEL NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING DATE.

DATED:   January 20, 2017
         Rochester, New York

_____
WOODS OVIATT GILMAN LLP
Aleksandra K. Fugate, Esq.
Attorneys for Secured Creditor
700 Crossroads Building
2 State Street
Rochester, New York 14614
Telephone: 585-445-2763

TO:

Anthony M Vassallo, Esq.
Law Office of Anthony M. Vassallo
305 Fifth Avenue Suite 1B
Brooklyn, NY 11215

Ronald A Reggio
2135 Coleman St
Brooklyn, NY 11234

Catherine H Reggio
2135 Coleman Street
Brooklyn, NY 11234

David J Doyaga, Esq.
26 Court Street, Suite 1002
Brooklyn, NY 11242

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014