UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Ronald A Reggio
Catherine H Reggio

Debtors

AFFIDAVIT OF MAILING

CASE #: 1-16-45559-cec
CHAPTER 7

STATE OF NEW YORK )
COUNTY OF MONROE ) SS:

I, Josh MacDonald, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Rochester, New York.

That on January 20, 2017 deponent served the annexed Motion For Relief From Stay on the parties listed in Schedule "A" by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service of the State of New York.

_____
Josh MacDonald

Sworn to before me on
This 20th day of January, 2017

_____
NOTARY PUBLIC

**ALEKSANDRA K. FUGATE**
Notary Public, State of New York
Qualified in Monroe County
No. 02FU6349264
Commission Expires October 17, 2020

{4744303:2 }

## SCHEDULE "A"

Anthony M Vassallo, Esq.
Law Office of Anthony M. Vassallo
305 Fifth Avenue Suite 1B
Brooklyn, NY 11215

Ronald A Reggio
2135 Coleman St
Brooklyn, NY 11234

Catherine H Reggio
2135 Coleman Street
Brooklyn, NY 11234

David J Doyaga, Esq.
26 Court Street, Suite 1002
Brooklyn, NY 11242

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014