

700 Crossroads Building
2 State Street, Rochester, New York 14614

P 585.987.2800     F 585.454.3968

**WOODS OVIATT GILMAN**
LLP

1900 Main Place Tower
Buffalo, New York 14202

P 716.248.3200     F 716.854.5100

Writer's Direct Dial Number:  585-362-4543
Writer's Direct Fax Number:  585-362-4643
E-mail:  jmacdonald@woodsoviatt.com

ATTORNEYS
woodsoviatt.com

January 26, 2017

Honorable Carla E. Craig
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201

> **Re:**    **Ronald A Reggio and Catherine H Reggio**
> **Case No. 1-16-45559-cec**
> **Property Address: 2135 Coleman Street, Brooklyn, NY 11234- n/k/a 2135 Coleman**
> **Street, Brooklyn, NY 11234-5035**

Dear Honorable Carla E. Craig:

Please be advised that a Motion for Relief from Stay (the "Motion") was filed on behalf of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Adjustable RateMortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5, in the above-captioned bankruptcy case on January 20, 2017. The hearing on the Motion is scheduled for February 14, 2017 at 11:00 a.m. Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5  specifically waives the requirements of Bankruptcy Code 362(e).

If you have any questions, please do not hesitate to contact our office.

Very truly yours,

WOODS OVIATT GILMAN LLP

Richard S. Mullen, Esq.

Cc:    Anthony M Vassallo
       Ronald A Reggio
       Catherine H Reggio
       David J Doyaga
       Office of the United States Trustee

{4744303:3 }                    *The art of representing people*®